IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No 5:22-CR-00323-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>CARLOS ALBERTO MURILLO-DIAZ,<br><br>　　Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed motion seeking an order that the Durham County Sheriff's Office release Defendant's "Apple iPhone Enclosed in Black Otterbox" to his father, José Heliberto Murillo [DE 82]. For good cause shown, the motion is GRANTED. The Durham County Sheriff's Office is directed to release Defendant's "Apple iPhone Enclosed in Black Otterbox" to his father, José Heliberto Murillo.

SO ORDERED this 6th day of September, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE